TRANSCOM, INC., PLAINTIFF, AND L & S BEARING CO., PLAINTIFF-INTERVENOR *v.* UNITED STATES, DEFENDANT, AND TIMKEN CO., DEFENDANT-INTERVENOR

Court No. 97-02-00249

(Dated April 17, 2001)

## JUDGMENT

TSOUCALAS, *Senior Judge:* This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, *Transcom Inc., L & S Bearing Company v. United States*, 24 CIT 598, 123 F. Supp. 2d 1372 (2000) ("Remand Results"), and Commerce having complied with the Court's remand and no responses to the Remand Results having been submitted by the parties, it is hereby

ORDERED that the Remand Results filed by Commerce on February 23, 2001, are affirmed in their entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.